IN THE UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:06cr32**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JIMMY RAY WILSON, JR.,** ) | <u>O R D E R</u> |
| ) | |
| and ) | |
| ) | |
| **EASTERN BAND OF** ) | |
| **CHEROKEE INDIANS,** ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Garnishment. [Doc. 27]. For grounds, the Government states that the assessment and restitution debt have been paid in full.

For the reasons stated in the Government's motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Government's Motion for Dismissal of Order of Garnishment [Doc. 27] is **ALLOWED**, and the Order

of Garnishment filed in this case against the Defendant Jimmy Ray Wilson, Jr., is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 21, 2010

Martin Reidinger
United States District Judge